IN THE UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| **PAULETTE BECK, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF PIPER TRAVIS, DECEASED, ET AL.**<br>Plaintiff/Petitioner<br>vs.<br>**SNOHOMISH COUNTY, A MUNICIPAL CORPORATION ET AL**<br>Defendant/Respondent | Cause No.:   **2:18-CV-01827-RSL**<br>Hearing Date:<br><br>DECLARATION OF SERVICE OF<br>**SUMMONS IN A CIVIL ACTION; COMPLAINT; DEMAND FOR JURY TRIAL** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **11th day of January, 2019** at **1:43 PM** at the address of **3000 ROCKEFELLER AVENUE, EVERETT, Snohomish County, WA 98201**; this declarant served the above described documents upon **SNOHOMISH COUNTY, A MUNICIPAL CORPORATION c/o CAROLYN WEIKEL, SNOHOMISH COUNTY AUDITOR, DESIGNEE** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Tonya McLeod** , **DEPT AUDITOR, PERSON AUTHORIZED TO ACCEPT, who accepted service, with identity confirmed by subject stating their name, a white female approx. 35-45 years of age, 5'6"-5'8" tall, weighing 140-160 lbs with brown hair.**.

No information was provided or discovered that indicates that the subjects served are members of the United States military.

**ORIGINAL PROOF OF SERVICE**

PAGE 1 OF 2



For: **Friedman Rubin (Vine St)**
Ref #: **Beck/Travis**

Tracking #: **0031891798**



| PLAINTIFF/PETITIONER: | PAULETTE BECK, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF PIPER TRAVIS, DECEASED, ET AL. | CASE NUMBER: 2:18-CV-01827-RSL |
|---|---|---|
| DEFENDANT/RESPONDENT: | SNOHOMISH COUNTY, A MUNICIPAL CORPORATION ET AL | |

Service Fee Total: **$79.50**

Declarant hereby states under penalty of perjury under the laws of the State of Washington that the statement above is true and correct.

DATED __1/12/19_____.

*[signature]*

**Michael Crosson, Reg. # 529-14, Skagit County**