**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF WASHINGTON
UNITED STATES COURTHOUSE
700 STEWART STREET
SEATTLE, WASHINGTON 98101

**ROBERT S. LASNIK**
DISTRICT JUDGE

(206) 370-8810

July 8, 2019

Cheryl Snow
Friedman Rubin PLLC
51 University Street
Suite 201
Seattle, WA 98101

Michael Held
Snohomish County Prosecuting
Attorney – Civil Division
3000 Rockefeller Avenue, M/S 504
Everett, Washington 98201

**Delivered Via CM/ECF**

RE: <u>Beck et al. v. Snohomish County et al.</u>, 2:18-CV-1827-RSL
Stipulated Motion for Entry of Protective Order

Dear Counsel:

On June 19, 2019, the Court received your "Stipulated Motion for Protective Order." Dkt. #42.

Pursuant to Fed. R. Civ. P. 26(c), protective orders may be entered to protect confidential commercial information and/or to limit the scope of specific disclosures. Such protective orders may issue upon a showing of good cause.

Although parties may agree on confidentiality among themselves, when they request that the Court be involved, the proposed order must be narrowly drawn, identifying both the type of information that is to be protected and, if not obvious, the reason such protection is warranted. The order must also comply with the applicable federal and local procedural rules.

The stipulated protective order submitted in this case is deficient in the following respects:

The description of "confidential material" as including "any other information that a party designates as "confidential" in accordance with Section 5 below" and "Any other information which is designated as confidential and/or private" is too broad. Any protective order entered by the Court must identify the class or type of documents subject to the order and explain the need for confidentiality if not apparent from the context.

The agreed protective order received by the Court will remain lodged in the file but will not be entered. The parties may resubmit a proposed order if they remedy the deficiencies identified in this letter.

Sincerely,

Robert S. Lasnik
United States District Judge