Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR09-032RSL |
| Plaintiff, | |
| vs. | **ORDER ON MOTION TO SEAL DOCUMENT** |
| GARY HARRIS | |
| Defendant | |

Having reviewed Counsel's request to seal Appendix 1-3 to Defendant's Probation Violation Disposition Memorandum and Request for Early Termination because the Appendices include confidential medical information and having reviewed documents on the motion,

IT IS HEREBY ORDERED that Appendix 1-3 to Defendant's Probation Violation Disposition Memorandum and Request for Early Termination IS SEALED.

DATED this 20th day of September, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:
s/Peter Mazzone
Peter Mazzone, WSBA #25262

MOTION TO SEAL DOCUMENT - 1

MAZZONE LAW FIRM, PLLC
3002 Colby Avenue, Suite 302
Everett, WA 98201
(425) 259-4989